**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-2165**

_____

I. B., a minor, by his parents and next
friends Steven and Marla Baron; STEVEN BARON;
MARLA BARON,

                                   Plaintiffs - Appellants,

         versus


JERRY   D.   WEAST,   (officially   as)
Superintendent, Montgomery County Public
Schools; MONTGOMERY COUNTY BOARD OF EDUCATION,

                                   Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
04-3308-PJM)

_____

Submitted:  May 10, 2006            Decided:  May 24, 2006

_____

Before WILKINS, Chief Judge, Williams, Circuit Judge, and HAMILTON,
Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael J. Eig, Haylie M. Iseman, MICHAEL J. EIG & ASSOCIATES,
P.C., Chevy Chase, Maryland, for Appellants.  Jeffrey A. Krew,
Ellicott City, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

I.B. and his parents, Steven and Marla Baron, sued the Montgomery County Board of Education and Jerry Weast, the Superintendent of the Montgomery County Public Schools, alleging violations of the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1487. The plaintiffs sought equitable and monetary relief on the grounds that the defendants failed to provide I.B. with a free appropriate public education for the 2003-2004 school year. The district court rejected the plaintiffs' claims, granting summary judgment in favor of the defendants. The plaintiffs appeal. After reviewing the parties' briefs, the record, and the district court's thorough ruling from the bench, we find no reversible error. Accordingly, we affirm on the reasoning of the district court for the reasons stated from the bench. See Baron v. Weast, Civil No. 04-3308 (D. Md. filed September 12, 2005 & entered September 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED